389 A.2d 184

Commonwealth v. Wissler, Appellant.

Submitted March 14, 1977. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence reversed and appellant discharged. *See, Commonwealth v. Keller,* 249 Pa.Super. 384, 378 A.2d 347 (1977).

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.